UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
YAHKEMP NEWKIRK,

                  Plaintiff,                                      **ORDER TO SHOW CAUSE**

    -against-                                              20-CV-1921 (FB)

GRAY GROCERY CORP., et al.,

                  Defendants.
----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      A review of the docket sheet in this case reveals that the Complaint was served on defendants on May 4, 2020, respectively, and no further action has been taken in the case.

      Plaintiff is now directed to show cause, via ECF, by August 20, 2020, why the case should not be dismissed for lack of prosecution, pursuant to Fed. R. Civ. P. 41(b). Failure to comply with this Order may result in a recommendation that the case be dismissed with prejudice.

      The Clerk is requested to send a copy of this Order via ECF to counsel for plaintiff, who shall promptly serve copies on defendants and file proof of service.

      **SO ORDERED.**

**Dated:**    Brooklyn, New York
            August 13, 2020

                                              /s/ *Roanne L. Mann*
                                              **ROANNE L. MANN**
                                              **UNITED STATES MAGISTRATE JUDGE**