UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
YAHKEMP NEWKIRK, an individual,

                Plaintiff,

    -against-

GRAY GROCERY CORP., an entity, and
JOSE GARCIA, an individual,

                Defendants.
----------------------------------------------------------------- X

Case no.: 20-1921

## NOTICE OF VOLUNTARY
## DISMISSAL WITHOUT PREJUDICE

   **WHEREAS**, the Defendants have defaulted.  It is presumed that default occurred due to the ongoing COVID-19 pandemic.

   **THEREFORE**, the Plaintiff agrees that the matter is hereby DISMISSED *without prejudice and without costs* against all Parties identified in above captioned.

   **SO STIPULATED AND RESOLVED**.

Dated: Brooklyn, New York
      August 13, 2020

                                            Respectfully submitted,

                                            **SOLOMOS & STORMS**

                                            By: /s/ Derrick Storms
                                            Derrick Storms, Esq.
                                            33-08 Broadway
                                            Astoria, NY 11106
                                            Tel: (718) 278-5900
                                            dstormsesq@gmail.com
                                            *Attorneys for Plaintiff*